*April 16, 2002*

## DISCIPLINARY CASES

**2002–0251.  In re Application of Doe.**
Upon consideration of the joint motion to permanently seal board's report and the record; applicant's motion to permanently seal all pleadings and documents filed in regard to this matter; applicant's motion to seal the stipulation to extension of time; and applicant's motion to permanently seal this pleading,

IT IS ORDERED by the court that the motions be, and hereby are, granted.

RESNICK, J., dissents.

IT IS FURTHER ORDERED that the record in this case, the report of the board, and all documents filed in this case be maintained permanently under seal. This order to seal does not extend to the docket for this case or to any journal entries issued by the court in this case.

*April 17, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–0087.  State ex rel. Ford Motor Co. v. Indus. Comm.**
Franklin App. No. 00AP–813. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 6, 2002.

## RECONSIDERATION OF PRIOR DECISIONS

**2002–0162.  State ex rel. Smith v. Enlow.**
Portage App. No. 2000–P–0131. Reported at 95 Ohio St.3d 1410, 765 N.E.2d 877.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**2002–0564.  State ex rel. Atkins v. Hoover.**
Summit App. No. 20846. On April 8, 2002, appellant filed a notice of appeal and memorandum in support of jurisdiction. In lieu of the filing fee required by S.Ct.Prac.R. XV(1), appellant tendered a document titled "Affidavit of Indigency." Whereas appellant's document is not notarized, it does not meet the requirements of S.Ct.Prac.R. XV(3). Accordingly,

IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

*April 18, 2002*

## MOTION AND PROCEDURAL RULINGS

**1987–0192.  State v. Coleman.**
Hamilton App. No. C–850340. Upon consideration of appellee's motion for scheduling order,

IT IS ORDERED by the court that the motion be, and hereby is, denied.